**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MICHAEL JAMES LONGORIA,
REG. #23384-009                                                          PLAINTIFF

V.                          4:13CV00059 BSM/JTR

CLAYTON W. EDWARDS,
Captain, White County Jail, et al.                                 DEFENDANTS

**ORDER**

Separate Defendants Steele and Mayhue have filed a Motion to Compel asserting that Plaintiff has not responded to their: (1) August 5, 2013 Interrogatories and Requests for Production; or (2) October 7, 2013 letter asking why he had failed to do so. *Doc. 73; see also* Fed. R. Civ. P. 33(b)(2) & 34(b)(2) (providing that a party must answer interrogatories and requests for production within thirty days of service).

Plaintiff has not responded to the Motion to Compel, and the time for doing so has expired. *See* Local Rule 7.2(b) (providing that an opposing party has fourteen days to file a response to a motion); Local Rule 7.2(f) (providing that: "The failure to timely respond to any nondispositive motion . . . shall be an adequate basis, without more, for granting the relief sought in said motion").

IT IS THEREFORE ORDERED THAT:

1.       Defendants' Motion to Compel (Doc. 73) is GRANTED.

2. Plaintiff must, **within fourteen days of the entry of this Order**, file his Answers to Defendant Steele's and Mayhue's August 5, 2013 Interrogatories and Requests for Production.

3. Plaintiff is advised that if he fails to timely and properly do so, his claims against Defendants Steele and Mayhue will be dismissed, without prejudice, pursuant to Fed. R. Civ. P. 37(b)(2)(v).

Dated this 24th day of December, 2013.

_____
UNITED STATES MAGISTRATE JUDGE