# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**MICHAEL JAMES LONGORIA**                                                            **PLAINTIFF**
**REG. #23384-009**

**vs.**                            **CASE NO. 4:13CV00059 BSM**

**CLAYTON W. EDWARDS,**
**Captain, White County Jail,** *et al.*                                               **DEFENDANTS**

## ORDER

On December 24, 2013, plaintiff Michael James Longoria was given fourteen days to "file" answers to the discovery requests of defendants Robin Steele and Steve Mayhue. Longoria was notified that his claims against Steele and Mayhue would be dismissed if he failed to timely and properly do so. As of today's date, Longoria has failed to comply and the time for doing so has expired.

Accordingly Longoria's claims against defendants Steele and Mayhue are dismissed without prejudice pursuant to Fed. R. Civ. P. 37(b)(2)(v).

IT IS SO ORDERED this 15th day of January, 2014.

UNITED STATES DISTRICT JUDGE