IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL JAMES LONGORIA**                                                                                  **PLAINTIFF**
**REG. # 23384-009**

v.                                              **CASE NO. 4:13CV00059 BSM**

**CLAYTON W. EDWARDS,**
**Captain, White County Jail, et al.**                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this date, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of January 2015.

_____
UNITED STATES DISTRICT JUDGE